# UNITED STATES DISTRICT COURT

___EASTERN___ **District of** ___CALIFORNIA___

| | |
|---|---|
| XAI LOR,<br>       Plaintiff<br><br>     V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>    Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:10-AT-00568 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__ GRANTED.

    __X__ The clerk is directed to file the complaint.

    __X__ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this ___2nd___ day of ___August___, ___2010___.

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer