IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAI LOR, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Case No.: 1:10-cv-01382 JLT <br><br> ORDER GRANTING EXTENSION OF TIME <br><br> (Doc. 15) |

Parties have stipulated by counsel to extend the period of time for the Defendant, Commissioner of Social Security, to file his response to Plaintiff's Opening Brief. (Doc. 15). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 7 at 4). Accordingly, it is HEREBY ORDERED that Defendant is granted an extension of time until May 9, 2011, to file his responsive brief.

IT IS SO ORDERED.

Dated:  **March 29, 2011**            /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE